981 So.2d 616 (2008)
Tyson James BENNETT, Sr., Appellant,
v.
Dr. R. FARCUS, Warden, Department Of Corrections, State of Florida, Appellee.
No. 4D07-4078.
District Court of Appeal of Florida, Fourth District.
May 14, 2008.
Tyson James Bennett, Sr., Indiantown, Pro Se.
Bill McCollum, Attorney General, Tallahassee, and Kellie A. Nielan, Assistant Attorney General, Daytona Beach, for appellee.
PER CURIAM.
Affirmed. See Frederick v. State, 714 So.2d 1043 (Fla. 4th DCA 1998); Leichtman v. Singletary, 674 So.2d 889, 891 (Fla. 4th DCA 1996); Savage v. State, 662 So.2d 750, 751 (Fla. 4th DCA 1995).
Affirmed.
WARNER, POLEN and TAYLOR, JJ., concur.